TOWN OF FENTON,
Plaintiff-Appellant,

v.

Elizabeth M. DOLE, U.S. Secretary of Transportation: John G. Bestgen, Regional Administrator, Federal Highway Administration, U.S. Department of Transportation; Victor E. Taylor, Division Administrator, Federal Highway Administration, U.S. Department of Transportation; Franklin E. White, Commissioner of the New York State Department of Transportation; Donald N. Geoffrey, Regional Engineer, Region I, New York State Department of Transportation, Defendants-Appellees.

No. 1423, Docket 86–6068.

United States Court of Appeals,
Second Circuit.

Argued June 9, 1986.

Decided June 10, 1986.

James M. Hayes, Binghamton, N.Y. (Albert J. Millus, Jr., Hinman, Howard & Kattell, Binghamton, N.Y., of counsel), for plaintiff-appellant.

Maria A. Iizuka, U.S. Dept. of Justice, Washington, D.C. (Kenneth Dymond, Asst. Regional Counsel, Federal Highway Admin., Albany, N.Y., F. Henry Habicht, II, Asst. Atty. Gen., Frederick J. Scullin, Jr., U.S. Atty., William P. Fanciullo, Asst. U.S. Atty., Albany, N.Y., Jacques B. Gelin, U.S. Dept. of Justice, Washington, D.C., of counsel), for Federal defendants-appellees.

James M. Zaccaria, Asst. Atty. Gen. of State of N.Y., Albany, N.Y. (Robert Abrams, Atty. Gen. of State of N.Y., Peter H. Schiff, Deputy Sol. Gen. of State of N.Y., Francis J. Keehan, Asst. Atty. Gen. of State of N.Y., Albany, N.Y., of counsel), for State defendants-appellees.

Before WINTER and PRATT, Circuit Judges, and MALETZ,* Judge.

PER CURIAM:

The judgment of the District Court, 636 F.Supp. 557, is affirmed for substantially the reasons stated in Chief Judge Munson's opinion.